IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| IN RE: | * | |
| | * | |
| LYNDA MARLER, | * | CASE NO.: 06-10894 |
| | * | |
| | * | CHAPTER 13 |
| DEBTOR, | * | |

**PURSUANT TO LBR 9007-1, THIS MOTION WILL BE TAKEN UNDER ADVISEMENT BY THE COURT AND MAY BE GRANTED UNLESS A PARTY IN INTEREST FILES A RESPONSE WITHIN 21 DAYS OF SERVICE. RESPONSES MUST BE SERVED UPON THE MOVING PARTY AND FILED ELECTRONICALLY OR BY U.S. MAIL ADDRESSED TO CLERK, U.S. BANKRUPTCY COURT, ONE CHURCH STREET, MONTGOMERY, ALABAMA 36104.**

This pleading is being filed and noticed pursuant to M.D. AL L.B.R. 9007-1 procedures for: Mot. For 1328 Discharge.

## MOTION FOR DISCHARGE UNDER 11 U.S.C. SECTION 1328(a) AND DEBTOR'S CERTIFICATION OF COMPLIANCE WITH 11 U.S.C. SECTION 1328

The Debtor in the above captioned matter certifies as follows:

1. The Chapter 13 Trustee has issued a Trustee's Notice of Plan Completion, and/or Debtor has otherwise been notified by the Trustee that he/she have completed payments under the Plan. The Debtor is requesting the court to issue a discharge in this case pursuant to 11 U.S. C. Section 1328(a).

2. The Debtor has completed an instructional course concerning personal financial management described in 11 U.S.C. § 111 and has filed either the PFMI Certificate or Official Form 23 with this Court (or an order has entered waiving this requirement).

3. Certification Concerning Domestic Support Obligations (check one):

    ☒ The Debtor has not been required by a judicial or administrative order or by statute to pay any domestic support obligation as defined in 11 U.S.C. § 101(14A);

    OR

    ☐ The Debtor certifies that all amounts payable under any domestic support obligation (required by a judicial or administrative order or by statute), that are due on or before the date of this certification (including amounts due before the petition was filed, but only to the extent provided for by the plan) have been paid. The name of each holder of a domestic support obligation is as follows:

4. The Debtor is not attempting to discharge debts owed to the following creditors:

   **NONE**

5. Certification concerning 11 U.S.C. § 1328(h): The Debtor certifies that 11 U.S.C. § 522(q)(1) is not applicable to the Debtor, and there is not pending any proceeding in which the Debtor may be found guilty of a felony of the kind described in section 522(q)(1)(A) or liable for a debt of the kind described in section 522(q)(1)(B).

6. The Debtor has not received a discharge under Chapter 7, 11, or 12 in a case filed during the 4-year period preceding the filing of the instant case and has not received a discharge under Chapter 13 in a case filed during the 2-year period preceding the filing of the instant case.

WHEREFORE, Debtor respectfully prays that this Court will enter discharge under 11 U.S.C. Section 1328(a).

By signing this motion/certification, I acknowledge that all of the statements contained herein are true and accurate and that the Court may rely on each of these statements in determining whether to grant me a discharge in this Chapter 13 case. The Court may revoke my discharge if the statements relied upon herein are proven to be inaccurate.

Dated: May 12, 2010


*/s/ Lynda Marler*
Debtor


/s/ J. Clarke Walker
J. Clarke Walker {WAL200}
Attorney for Debtor
P. O. Box 311167
Enterprise, AL 36331-1167
(334) 393-4357
brockstout@enter.twcbc.com


CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that I have this date mailed a copy of the foregoing upon the Bankruptcy Administrator, Curtis C. Reding, Chapter 13 Trustee, and all creditors and parties of interest by first class U.S. Mail, postage prepaid, or by 12th day of May, 2010.

/s/ J. Clarke Walker
J. Clarke Walker {WAL200}
Attorney for Debtor